# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BLAKE LAWRENCE ANDERSON,

    Petitioner,

v.

NATHANAH BREITENBACH, *et al*.

    Respondents.

Case No. 2:25-cv-01014-APG-BNW

**Order Directing Petitioner to File an Amended Petition and Pay the Filing Fee or File a Completed *In Forma Pauperis* Application**

[ECF No. 1, 1-2]

Blake Lawrence Anderson has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 and moved for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1-1, 1-2. Anderson's Motion is incomplete. I may authorize an indigent prisoner to begin a habeas action without paying the standard $5 filing fee under 28 U.S.C. § 1914(a) if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2. Anderson has until July 16, 2025, unless more time is requested, to either pay the $5 filing fee or submit a complete IFP application with all required documentation.

Further, Anderson's Petition was not filed on a court-approved form, so Anderson has until July 16, 2025, unless more time is requested, to file an amended petition on the appropriate form. In doing so, Anderson is advised to follow the instructions on the form, to clearly title the amended petition as such, and to place the case number, 2:25-cv-01014-APG-BNW, in the designated space. And because it is unclear whether Anderson is seeking habeas relief under 28

U.S.C. § 2241 or 28 U.S.C. § 2254, I kindly instruct the Clerk of the Court to send Anderson both forms.

I THEREFORE ORDER that by **July 16, 2025**, unless more time is requested, Anderson must (1) pay the $5 filing fee, **_or_** (2) file an IFP application that includes: (a) a financial certificate signed by Anderson and an authorized prison official, (b) a financial declaration and acknowledgement signed by Anderson, and (c) a copy of Anderson's inmate account statement for the six-month period prior to filing.

I FURTHER ORDER that by **July 16, 2025**, Anderson must file an amended petition on a court-approved habeas form.[1]

I FURTHER KINDLY ORDER the Clerk of Court to send Anderson (1) a blank copy of the IFP application form for inmates along with instructions, (2) a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 along with instructions, and (3) a blank copy of the form petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 with instructions.

I FURTHER ORDER that Anderson's failure to timely comply with this Order will result in the dismissal of this action without prejudice and without further advance notice.

June 16, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Anderson remains responsible at all times for calculating the applicable statute of limitations. By ordering Anderson to amend his petition, I make no finding or representation that either the original or amended petition will be considered timely.

2